## PEOPLE v. MUNN.*

### No. 20,068; August 26, 1885.

#### 7 Pac. 790.

**Criminal Law—Refusal to Give Instructions not Based on Evidence.**—The refusal of a court to give instructions on the law of self-defense, and as to excusable homicide by accident or misfortune, in sudden combat, in a prosecution for murder, is not error if there is no evidence on which to rest such a defense.

*See 65 Cal. 211, 3 Pac. 650.

**Homicide—Evidence of Character of Deceased.**—In a prosecution for murder, evidence is not admissible on the part of defendant as to the character of deceased for peace and quietness.

**Homicide—Testimony of Medical Expert.**—In Prosecution for Murder, where the theory of the prosecution is that a blow struck by defendant with his fist caused the death, testimony of the medical expert is admissible as to whether, in his opinion, a blow from a man's fist could have produced the fracture which caused the death of deceased.

APPEAL from Superior Court, County of Stanislaus.

On the trial of defendant for murder, his counsel asked the court to instruct the jury on the law of self-defense, and of excusable homicide by reason of accident or misfortune, upon sudden combat. The instruction was refused, because there was no evidence on which such defense could rest. Evidence offered by defendant as to the character of deceased for peace and quietness was also excluded. A medical gentleman was asked by the prosecution whether, in his opinion, a blow of a man's fist could have caused the fracture in decedent's skull. The witness answered that it was very probable.

Wright & Hazen for appellant; the Attorney General for respondent.

By the COURT.—In this cause we have considered the points made on behalf of defendant, and find no error in the rulings of the court in regard to any one of them. Judgment and order affirmed.